IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **26-10993-F**

David Clayman,

Appellant,

- versus -

Secretary, U.S. Department of the Treasury, et al,

Appellee.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

# UNITED STATES' NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT


Jason A. Reding Quiñones
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida 33132
305-961-9404

George E. Doty III
Chief, Appellate Division

Of Counsel

**Clayman v. Secretary, U.S. Depart of the Treasury, et al, Case No. 26-10993-F**
**United States' Notice Concerning Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to 11th Cir. R. 26.1-2(c), the United States hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Bessant, Scott

Clayman, David

Congress of the United States

Dodaro, Gene L.

Doty, George E. III

Matthewman, Hon. William Donald

O'Byrne, Hayden P.

Powell, Jerome H.

Reding Quiñones, Jason A.

Romero, Kelsi R.

Thompson, Darcie Ahern-Sweet

**Certificate of Interested Persons (continued)**

Trump, Donald J.

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/ George E. Doty III*
George E. Doty III
Chief, Appellate Division
99 N.E. 4th Street
Miami, Florida 33132
305-961-9404
George.Doty@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 8, 2026, the foregoing Certificate of Interested Persons was filed using CM/ECF and the Certificate of Interested Persons was served via U.S. Mail on David Clayman, *pro se*, 7930 Palacio Del Mar Dr Boca Raton, FL 33433.

*/s/ George E. Doty III*
George E. Doty III
Chief, Appellate Division

***ags***