# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10993
_____

DAVID MORRIS CLAYMAN,

*Plaintiff-Appellant,*

*versus*

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
UNITED STATES OF AMERICA,
UNITED STATES CONGRESS,
CHAIR, U.S. FEDERAL RESERVE,
COMPTROLLER GENERAL, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:25-cv-80890-WM
_____

ORDER:

Appellant's motion to expedite this appeal is DENIED.


/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE