**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 26-10993-CC

*David Morris Clayman v. Secretary, U.S. Department of the Treasury, et al.*

# EXHIBIT A

Clerk's Letter and Order of Dismissal

(July 21, 2026)

*Attached to Appellant's Motion to Set Aside Dismissal, Remedy the Default, and Reinstate the Appeal*

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  26-10993-CC
Case Style:  David Clayman v. Secretary, U.S. Department of the Treasury, et al
District Court Docket No:  9:25-cv-80890-WM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 07/14/2026.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

Please be advised that the appendix must be attached as an exhibit to the Motion to reinstate appeal.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-10993-CC

_____

DAVID MORRIS CLAYMAN,

                                        Plaintiff - Appellant,

versus

SECRETARY, U.S. DEPARTMENT OF THE TREASURY,
UNITED STATES OF AMERICA,
UNITED STATES CONGRESS,
CHAIR, U.S. FEDERAL RESERVE,
COMPTROLLER GENERAL, et al.,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant David Morris Clayman failed to file an appendix within the time fixed by the rules, effective July 21, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                        FOR THE COURT - BY DIRECTION