**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 26-10993-CC

*David Morris Clayman v. Secretary, U.S. Department of the Treasury, et al.*

# EXHIBIT B

Appellant's Email to Counsel for Appellees

(July 14, 2026, 12:29 a.m. Eastern)

*Attached to Appellant's Motion to Set Aside Dismissal, Remedy the Default, and Reinstate the Appeal*



# 15 minutes late due to false positive PDF processing confusion

1 message

**David Clayman** <david@clayman.org>                    Tue, Jul 14, 2026 at 12:29 AM
To: "AUSA George Espy Doty, III, Esq." <George.Doty@usdoj.gov>

Dear George,

I'm the Appellant on _Clayman v Secretary of the Treasury, et. al._ (11th Circuit Court of Appeals, No. 26-10993).

I tried filing my Appellant Appendices tonight. I was working near the deadline, and as I went to submit my submissions got rejected first because the file size was over 50 MB, and then, after I solved that, which took some time, I got last minute rejections on the false impression that my PDFs had executable code within them a few minutes before the deadline.

I reprocessed my PDFs with the help of AI to strip them clean of anything that CM/ECF could mistake as executable code, and then I submitted the sanitized PDFs at about 15 - 16 minutes after the hour Eastern time.

These are both last minute deadline errors that more practiced attorneys would be familiar with and be able to plan around. I'm just learning the ropes on the CM/ECF system so I'm a bit vulnerable still, it seems, to these peculiarities of the electronic filing system. I just wanted to let you know what happened early in case deadline strictness risks veering into the realm of the Procrustean. You should be able to see from the timestamps that I was very close to meeting the midnight deadline Eastern time (I just happen to be in Central at the moment). I have some timestamped cellphone photographs of the errors I was getting in case this turns into a bigger contested issue somehow. Hopefully it'll pass without mention given how close the submission was to the proper filing time, and how minor and insubstantial the difference of 16 minutes is in this context of the filing of the Appendices.

Always happy to conference with you anytime to discuss the case in any amount of detail you like and see if a settlement is possible.

Ðavid Clayman
Lifesaver Labs Engineer, Founder, Copilot, Reframer

✉ david@neighbor911.org | david@safeword.us | david@lifesaverlabs.org

🌐 neighbor911.org | safeword.us | lifesaverlabs.org

📞 +1 (321) CLAYMAN (252-9626)

📞 +1 (800) CONSENT (266-7368)

⚖ Seeking better balanced precedents
Patents: safeword.app/#patents



