**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 26-10993-CC

*David Morris Clayman v. Secretary, U.S. Department of the Treasury, et al.*

# EXHIBIT C

Timestamped Photographs of CM/ECF Error Messages

(July 13–14, 2026)

*Attached to Appellant's Motion to Set Aside Dismissal, Remedy the Default, and Reinstate the Appeal*

Safari   File   Edit   View   History   Bookmarks   Develop   Window   Help

ecf.ca11.uscourts.gov/n/AttorneyFiling/pages/secured/dpf/dktpage.jsf

Set u...   Custo...   Authe...   EMT...   Affor...   Mobil...   First-...   Can't...   David...   26-

## CM/ECF

Filing   Reports ▾   Utilities ▾   Help   Getting Started   Log Out

### File a Document | Appellant Appendix Filed

File to case: 26-10993

▾ **Party Filer**

Please select each party you represent in the list below:

| Filer ⇕ | Type ⇕ | Case ⇕ |
|---|---|---|
| Clayman, David Morris | Appellant-Plaintiff | 26-1099...et al |

Select All

**Selected**

| Filer ⇕ | Type ⇕ | Case ⇕ |
|---|---|---|
| Clayman, David Morris | Appellant-Plaintiff | 26-10993 David Clayman v. Secretar... |

▾ **If this is a SUPPLEMENTAL appendix, please select below:**

[　　　　　　▾]

▾ **Please enter the number of VOLUMES.**

4

254 characters remaining.

▾ **Upload Documents**

Description

Appellant Appendix Volume 1 Part 1

Browse...   ☒ Appendix 1, Part 1 of 2.pdf cannot be uploaded: Documents with executable code are not permitted.

Continue   Cancel



**Photo taken July 13 11:52 PM ET**



Verifying case citations for accuracy ⌄

</> Code

I'm told that documents with executable code can't be uploaded. Can you change the Index to Appendix Revised so that it doesn't have executable code in it?

Devised strategy to sanitize PDF and eliminate flagged content

Let me first inspect what's actually in the PDF that a CM/ECF validator could flag, then sanitize it — and since all the tab sheets and covers were generated the same way, I'll check and clean the whole set at once.

Diagnosing failed PDF conversion and reassessing file status

Photo taken July 13 11:53 PM ET

Write a message…

+ Fable 5 High ⌄

Claude is AI and can make mistakes. Please double check responses.

Verifying case citations for accuracy ⌄

I'm told that documents with executable code can't be uploaded. Can you change the Index to Appendix Revised so that it doesn't have executable code in it?

• Devised strategy to sanitize PDF and eliminate flagged content

Let me first inspect what's actually in the PDF that a CM/ECF validator could flag, then sanitize it — and since all the tab sheets and covers were generated the same way, I'll check and clean the whole set at once.

Identified problematic executable code and devised removal strategy

**Photo taken July 13 11:54 PM ET**

CM/ECF

Filing | Reports ▾ | Utilities ▾ | Help | Getting Started | Log Out

United States Court of Appeals for the E...

## File a Document | Appellant Appendix Filed

File to case: 26-10993

### ▾ Party Filer

*Please select each party you represent in the list below:*

| Filer ⬍ | Type ⬍ | Case ⬍ |
|---|---|---|
| Clayman, David Morris | Appellant-Plaintiff | 26-10993 David Clayman v. Secretary, U.S. Department of the Treasury, et al |

Select All

Selected

| Filer ⬍ | Type ⬍ | Case ⬍ | |
|---|---|---|---|
| Clayman, David Morris | Appellant-Plaintiff | 26-10993 David Clayman v. Secretary, U.S. Department of the Treasury, et al | ✖ |

Remove All

### ▾ If this is a SUPPLEMENTAL appendix, please select below:

### ▾ Please enter the number of VOLUMES.

4

254 characters remaining.

### ▾ Upload Documents

Description

Appellant Appendix Volume 1 Part 1

Browse... ☑ Appendix 1, Part 1 of 2.pdf cannot be uploaded: Documents with executable code are not permitted.

Continue    Cancel

**Photo taken July 13th, 11:57 PM ET**