**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 26-10993-CC

*David Morris Clayman v. Secretary, U.S. Department of the Treasury, et al.*

---

# EXHIBIT D

Excerpts of Timestamped AI-Assistance Session Records

(July 13–14, 2026)

*Attached to Appellant's Motion to Set Aside Dismissal, Remedy the Default, and Reinstate the Appeal*

Appendix_1__Part_1_of_2.pdf

PDF

My filing on the federal CM/ECF system is failing because it says that documents with executable code can not be filed. Can you strip this PDF document of executable code and explain to me what you did?

Jul 13

Devised multi-pronged strategy to eliminate executable code patterns

I found the problem. Let me fix it now.

Reconsidered compression strategy to resolve file bloat issues

The last save inflated the file — wrong save flags. Let me redo it properly.

Verified document integrity and prepared files for submission

The document is clean and verified. Here's your filing-ready copy:

Ran a command, read a file

Here's the interesting part: your PDF actually contained **no executable code at all**. No JavaScript, no launch actions, no embedded files, no forms, no auto-open actions — I verified this both in the parsed document structure and in the fully decompressed byte stream. What you hit is a well-known CM/ECF false positive. ↓ canner does a naive raw-byte search for token strings like `/JS` and `/AA` (the PDF markers for JavaScript and "Additional Actions"),

Next time, try this in Claude Design
Turn ideas into wireframes, prototypes, and slides you can edit directly.

Try Claude Design   ✕



Appendix_1__Part_2_of_2.pdf

PDF

My filing on the federal CM/ECF system is failing because it says that documents with executable code can not be filed. Can you strip this PDF document of executable code and explain to me what you did?

Jul 14

Diagnosed false-positive code detection and devised sanitization strategy

All markers I found are inside raster image data, not real script objects — let me now do a full structural rebuild and re-verify.

Reconciling metadata reconstruction with CM/ECF filing requirements

Done. Here's what I found and what I did.

**What was actually in the file**

I audited the object graph first rather than assuming. There was no JavaScript — no `/JavaScript` name tree, no `/JS`, no `/OpenAction`, no `/Launch`, no embedded files, no AcroForm/XFA, no multimedia. What the file *did* contain:

- **2 link annotations with actions** — a `/URI` action pointing to `mailto:kelsi.romero@usdoj.gov`, and an internal `/GoTo` action.
- **A structurally damaged cross-reference table** — qpdf reported 80 warnings ("object has offset 0"). The file's xref was broken.
- Raw byte sequences like `/JS` and `/AA` appearing *inside scanned image data* — pure coincidence, but a byte-scanning validator like CM/ECF's can flag those as script tokens. This is very likely what actually tripped the rejection, since ECF's filter is a token scan, not a real PDF parser.

**What I removed**

1. Both annotations and their embedded actions (the mailto link and the internal jump).
2. Every catalog-level entry point for scripts or embedded content: `/Names`, `/OpenAction`, `/AA`, `/AcroForm`, `/Outlines`, `/Collection`, `/Requirements`.
3. A full sweep of all indirect objects for any of `/JS`, `/JavaScript`, `/AA`, `/Launch`, `/EmbeddedFile(s)`, `/RichMedia`, `/Movie`, `/Sound`, `/Rendition`, `/SubmitForm`, `/ImportData`, `/GoToE`, `/GoToR`, `/XFA`, `/Filespec` — none remained after step 2, but the sweep confirms it.

---



**Next time, try this in Claude Design**
Turn ideas into wireframes, prototypes, and slides you can edit directly.

Try Claude Design   ✕

broken xref and re-encodes every stream — so the coincidental `/JS` byte patterns in the