No. 26-10993-CC

# In the United States Court of Appeals
# For the Eleventh Circuit

DAVID CLAYMAN,
Appellant,
*v.*
SECRETARY, U.S., DEPARTMENT OF THE TREASURY, ET AL.,
Appellees.

---

On Appeal from the United States District Court
for the Southern District of Florida

---

## AMENDED
## UNITED STATES' NOTICE CONCERNING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---


JASON A. REDING QUIÑONES
United States Attorney

GEORGE E. DOTY III
Chief, Appellate Division

ZAKARIJ N. LAUX
Assistant United States Attorney
United States Attorney's Office
99 Northeast 4th Street
Miami, Florida 33132
(305) 961-9053
Zakarij.Laux@usdoj.gov

**David Clayman v. Secretary, U.S. Department of the Treasury, et. al,**
**Case No. 26-10993-CC**
**United States' Amended Notice Concerning Certificate of Interested Persons and Corporate Disclosure Statement**

In compliance with 11th Cir. R. 26.1-4, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on our CIP and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case:

**Bailey, Alexandra**

Bessant, Scott

**Chair, U.S. Federal Reserve**

Clayman, David Morris

**Comptroller General of the United States**

Dodaro, Gene L.

Doty, George E. III

Matthewman, Hon. William

**Laux, Zakarij N.**

O'Byrne, Hayden P.

Powell, Jerome H.

Reding Quiñones, Jason A.

Romero, Kelsi R.

**President of the United States**

**Secretary, U.S. Department of the Treasury**

Thompson, Darcie Ahern-Sweet

Trump, Donald J.

**United States of America**

**United States Congress**

**United States Federal Reserve**

*/s/ Zakarij N. Laux*
Zakarij N. Laux
Assistant United States Attorney
99 N.E. 4th Street, Suite 500
Miami, Florida 33132-2111
(305) 961-9503
Zakarij.Laux@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2026, the foregoing Amended Certificate of Interested Persons and Corporate Disclosure Statement was filed using CM/ECF, and that on the same day, the Certificate of Interested Persons was served via U.S. Mail on David Clayman, *pro se*, 7930 Palacio Del Mar Drive, Boca Raton, FL 33433.

/s/ *Zakarij N. Laux*
Zakarij N. Laux
Assistant United States Attorney

***iw***